UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COIN PHONE MANAGEMENT COMPANY                                              PLAINTIFF

v.                                                          CIVIL ACTION NO. 3:03-CV-600-S

WILLIAMS TRAVELCENTERS, INC.                                               DEFENDANT

## MEMORANDUM OPINION AND ORDER

This matter is before the court on motion of the defendant, Williams TravelCenters, Inc. ("Williams"), for reconsideration of this court's order entered on March 31, 2005, in which we granted Coin Phone Management Company's ("CPMC") motion for summary judgement (DN 51).

Williams argues that reconsideration of the court's order is "warranted due to the discovery of new evidence gleaned from previously unobtainable records from the Jefferson Family Court divorce action involving Thomas Rose, CPMC's Chief Executive Officer." Williams' Motion For Reconsideration. Mr. Rose was requested to produce a list of CPMC contracts at a deposition conducted on January 14, 2003. The request stated, "[l]ist any and all entities with whom CPMC is contracted for services and materials and copies of contracts." The list produced by Mr. Rose and his testimony at the deposition did not refer in any way to the contracts with Williams in dispute in this action. Williams contends that Mr. Rose's deposition testimony and the list he produced in his divorce proceeding constitutes an admission that the two companies never reached a "meeting of the minds" and therefore no contracts were formed.

We disagree. First, whether Mr. Rose mentioned the contracts at issue in a deposition taken during his divorce proceeding does not change this court's legal conclusion that as a matter of law the contracts were formed. Second, in response to the motion for reconsideration, CPMC states that the list produced by Mr. Rose and his testimony referred to contracts with twenty-seven companies

that provided services for CPMC. Mr. Rose stated that he "understood that this request related to CPMC's contracts for services provided **to** CPMC (the "Expense Contracts"), not contracts for services provided **by** CPMC (the Revenue Contracts)." Declaration of Thomas Rose ¶ 5. Therefore, Mr. Rose's failure to list the "revenue" contracts at issue does not change this court's prior legal conclusion.

Motion having been made and for the reasons set forth above and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that the motion of the defendant, Williams, for reconsideration (DN 51) is **DENIED**.